**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| **TRISTAN ALEXANDER STONE** <br><br> Debtors. | **Cause No. 19-13486-TWD** <br><br> **ORDER DISMISSING DEBTOR'S CHAPTER 13** |

IT IS ORDERED that this case shall be dismissed.

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorney for Debtors

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958